**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| TAMARA TRICIA ROBERSON, | No. 13-36081 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-05323-RJB |
| v. | |
| PACIFIC LUTHERAN UNIVERSITY, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Robert J. Bryan, District Judge, Presiding

Submitted August 25, 2015[**]

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Tamara Tricia Roberson appeals pro se from the district court's summary
judgment in her employment action alleging racial discrimination in violation of
Title VII. We have jurisdiction under 28 U.S.C. § 1291. We review de novo,
*Clicks Billiards, Inc. v. Sixshooters, Inc.*, 251 F.3d 1252, 1257 (9th Cir. 2001), and

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

we affirm.

The district court properly granted summary judgment because Roberson failed to raise a genuine dispute of material fact as to whether defendant's legitimate, non-discriminatory reasons for not interviewing or hiring Roberson for the position were pretextual. *See Hawn v. Exec. Jet Mgmt., Inc.*, 615 F.3d 1151, 1155-56, 1158 (9th Cir. 2010) (providing framework for analyzing a discrimination claim under Title VII); *see also Earl v. Nielsen Media Research, Inc.*, 658 F.3d 1108, 1112-13 (9th Cir. 2011) (discussing ways plaintiff can demonstrate pretext and explaining that, although plaintiff's burden is not onerous, plaintiff must produce specific and substantial facts to create a triable dispute as to pretext).

**AFFIRMED.**